# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155849(57)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
      Defendant-Appellant.

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

_____/

      On order of the Chief Justice, the motion of the Michigan District Judges Association to participate as amicus curiae and to file a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted within 14 days of the filing of plaintiff-appellee's supplemental brief.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018



Clerk